214 P.2d 79]

[Civ. No. 14106.   First Dist., Div. Two.   Jan. 26, 1950.]

DORIS KOHN, Respondent, v. MARION H. KOHN, Appellant.

Philip S. Ehrlich, Albert A. Axelrod and R. J. Hecht for Appellant.

Erskine, Erskine & Tulley, Morse Erskine, Gavin McNab, Schmulowitz, Aikins, Wyman & Sommer, Nat Schmulowitz, Peter S. Sommer and Sidney DeGoff for Respondent.

DOOLING, J.—Defendant appeals from an order directing him to pay plaintiff for her support under the terms of a final decree of divorce at the rate of $530.40 per month during the year 1948.   The amount is based upon the net earnings of defendant in 1947 calculated in accordance with the property settlement agreement which was made a part of the decree, and has been construed in *Kohn* v. *Kohn*, Civ. No. 14017, *ante*, p. 708 [214 P.2d 71], this day filed.   Two items of income included by the court are questioned: 1. a sum paid to defendant as salary by Federated Investment Company which the court treated as a dividend; and 2. income received from property acquired from the estate of George Kohn, deceased.

Appellant's similar contentions in *Kohn* v. *Kohn*, Civ. No. 14017, *ante*, p. 708 [214 P.2d 71], were disposed of adversely to him and no purpose would be served by repeating the discussion of them.

Order affirmed.

Nourse, P. J., and Goodell, J., concurred.

A petition for a rehearing was denied February 25, 1950, and appellant's petition for a hearing by the Supreme Court was denied March 23, 1950.   Schauer, J., voted for a hearing.